**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Derrick Myran FRANKSON, a.k.a. Derek White, Defendant–Appellant.**

No. 13–10619.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 18, 2014.*

Filed Nov. 28, 2014.

Lacy Cooper, Assistant U.S., Mark S. Kokanovich, USPX–Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Derrick Myran Frankson, pro se.

Before: LEAVY, FISHER, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Derrick Myran Frankson appeals from the district court's judgment and challenges his jury-trial conviction and 27–month sentence for reentry of a removed alien, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Frankson's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Frankson the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

Frankson's pro se motion filed May 9, 2014, to relieve counsel and for permission to file his own brief is **DENIED** as unnecessary.

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

